PD-0077-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/20/2015 3:33:50 PM
Accepted 1/22/2015 3:36:30 PM
ABEL ACOSTA
CLERK

No. 06-13-00179-CR

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

STEVEN COLE,            Appellant

V.

STATE OF TEXAS,            Appellee

Appeal from Gregg County

\* \* \* \* \*

## STATE'S MOTION TO EXTEND TIME FOR

## FILING ITS PETITION FOR DISCRETIONARY REVIEW

\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

P. O. Box 13046
Austin, Texas 78711
information@spa.texas.gov
512/463-1660 (Telephone)
512/463-5724 (Fax)

FILED IN
COURT OF CRIMINAL APPEALS

January 22, 2015

ABEL ACOSTA, CLERK

No. 06-13-00179-CR

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

STEVEN COLE,                                                              Appellant

V.

STATE OF TEXAS,                                                          Appellee

\* \* \* \* \*

**STATE'S MOTION TO EXTEND TIME FOR**

**FILING ITS PETITION FOR DISCRETIONARY REVIEW**

\* \* \* \* \*

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Pursuant to the Rules of Appellate Procedure, the State moves this Honorable Court to extend the time for filing its Petition for Discretionary Review in this case to and including the 19th day of February, 2015. The Court of Appeals reversed Appellant's conviction on December 18, 2014. No motion for rehearing was filed.

The State is unable to file its petition by the January 20, 2015 deadline for the following reasons: Counsel was out of town from December 19, 2014 - December 26, 2014, and counsel filed petitions for discretionary review in *Gore v. State*, PD-1639-14 on January14, 2015, and *Leming v. State*, 06-13-00264-CR on January 16, 2015.

WHEREFORE, the State prays that its motion to extend the time for filing its

petition for discretionary review until February 19, 2015, be granted.


Respectfully submitted,


/s/ Lisa C. McMinn
 Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

P.O. Box 13046
Austin, Texas 78701
information@spa.texas.gov
512/463-1660 (Telephone)
512-463-5724 (Fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Petition for Discretionary Review has been e-served or e-mailed on this the 20th day of January, 2015 to:

Zan Colson Brown
Assistant District Attorney
101 East Methvin, Suite 333
Longview, Texas, 75601
zan.brown@co.gregg.tx.us

Ebb Mobley
P.O. Box 2309
Longview, Texas 75606
ebbmob@aol.com


/s/ Lisa C. McMinn
Lisa C. McMinn
State Prosecuting Attorney